UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 18-25240 |
| --- | --- | --- |
| VIRGINIA ROJAS-GARCIA | ) ) ) | Chapter: 13 |
| | ) | Honorable Pamela S. Hollis |
| | ) ) | Joliet |
| Debtor(s) | ) | |

## ORDER VACATING PAYROLL CONTROL ORDER

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is ORDERED:

1) The Order to Employer to Pay the Trustee, Docket #15, is vacated.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: October 05, 2018

**Prepared by:**

Dustin B. Allen
ARDC# 6312451
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090